UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
Clerk's Office – Trenton, NJ

JEFFREY CIRZ, et al.

           Plaintiff,

v.                Case No.:
                 3:17–cv–05046–MAS–DEA

                 Judge Michael A. Shipp

STATE FARM INSURANCE
COMPANY

           Defendant.

Clerk, Superior Court of New Jersey
Ocean County Courthouse
118 Washington Street
Toms River, NJ 08754

State No: OCN–L1528–17

**Dear Clerk of Court:**

 Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                 Very truly yours,

                 William T. Walsh, Clerk
                 By Deputy Clerk, mps

encl.
cc: All Counsel